KATTEN MUCHIN ROSENMAN LLP
Alan D. Croll (SBN 035893)
Jeremy J.F. Gray (SBN 150075)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Plaintiff ALLIEDBARTON
SECURITY SERVICES LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**EMC**

| | |
|---|---|
| ALLIEDBARTON SECURITY SERVICES LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NCLN 20, INC., a California corporation; STEPHEN JONES, an individual; SIHAYA JONES, an individual; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO: 07 5204<br><br>PLAINTIFF ALLIEDBARTON SECURITY SERVICES LLC'S CERTIFICATION AS TO INTERESTED PARTIES PURSUANT TO CIVIL LOCAL RULE 3-16 |

　　The undersigned, counsel of record for Plaintiff AlliedBarton Security Services, LLC, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

　　1.　　Plaintiff AlliedBarton Security Services, LLC

　　2.　　Defendant NCLN 20, Inc.

　　3.　　Defendant Stephen Jones

1    4.   Defendant Sihaya Jones

Dated: October 10, 2007

KATTEN MUCHIN ROSENMAN LLP
Alan D. Croll
Jeremy J. F. Gray

By: /s/ Alan D. Croll
Alan D. Croll
Attorneys for Plaintiff ALLIEDBARTON
SECURITY SERVICES LLC

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax