```
KATTEN MUCHIN ROSENMAN LLP
Alan D. Croll (SBN 035893)
Jeremy J.F. Gray (SBN 150075)
William R. Waldman (SBN 198878)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Plaintiff ALLIEDBARTON
SECURITY SERVICES LLC
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIEDBARTON SECURITY SERVICES LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NCLN 20, INC., a California corporation; STEPHEN JONES, an individual; SIHAYA JONES, an individual; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO: C 07 5204 EMC<br><br>**Assigned to Magistrate Judge Edward M. Chen**<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

///

///

///

---

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE

31405487v1

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT
2  JUDGE
3      The undersigned party hereby declines to consent to the assignment of this case
4  to a United States Magistrate Judge for trial and disposition and hereby requests the
5  reassignment of this case to a United States District Judge.
6  Dated: November 12, 2007

KATTEN MUCHIN ROSENMAN LLP
Alan D. Croll
Jeremy J.F. Gray
William R. Waldman

By: _____
Jeremy J.F. Gray
Attorneys for Plaintiff ALLIEDBARTON
SECURITY SERVICES LLC

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

On November 14, 2007, I served the foregoing document(s): **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

Thomas N. Makris, Esq.
Darcy L. Muilenburg, Esq.
Pillsbury Winthrop Shaw Pittman LLP
400 Capitol Mall, Suite 1700
Sacramento, CA 95814-4419

(X) By Mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( ) By Facsimile. I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated. Attached to this declaration is a "TX Confirmation Report" confirming the status of transmission.

( ) By Overnight Courier. I caused the above-referenced document(s) to be delivered to an
overnight courier service (Federal Express), for delivery to the above address(es).

( ) By Personal Service. I delivered such envelope by hand to the offices of the addressee(s) listed above.

Executed on November 14, 2007, at Los Angeles, California.

( ) **STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Adelle Shafer*

Adelle Shafer