```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    THOMAS N. MAKRIS  104668
 2  tmakris@pillsburylaw.com
    DARCY L. MUILENBURG  233787
 3  400 Capitol Mall
    Suite 1700
 4  Sacramento, CA  95814-4419
    Telephone: (916) 329-4700
 5  Facsimile: (916) 441-3583

 6  Attorneys for Defendants
    NCLN 20, INC., a California corporation;
 7  STEPHEN JONES, an individual;
    and SIHAYA JONES, an individual
 8
    KATTEN MUCHIN ROSENMAN LLP
 9  ALAN D. CROLL  035893
    JEREMY J.F. GRAY  150075
10  2029 Century Park East, Suite 2600
    Los Angeles, CA  90067-3012
11  Telephone: (310) 788-4400
    Facsimile: (310) 788-4471
12
    Attorneys for Plaintiff
13  ALLIEDBARTON SECURITY SERVICES LLC

14               UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16  _____
                                             )
17  ALLIEDBARTON SECURITY SERVICES           )   Case No. C 07-5204
    LLC, a Delaware Limited Liability Company,)
18                                           )   JOINT STIPULATION EXTENDING
                       Plaintiff,            )   TIME TO ANSWER OR OTHERWISE
19                                           )   RESPOND TO THE COMPLAINT
           vs.                               )
20                                           )
    NCLN 20, INC., a California corporation; )
21  STEPHEN JONES, an individual; SIHAYA     )   Complaint Filed: October 11, 2007
    JONES, an individual; and DOES 1 through )
22  20, inclusive,                           )
                                             )
23                     Defendants.           )
    _____)
24

25         Pursuant to Northern District of California Local Rule 6-1(a), Plaintiff AlliedBarton

26  Security Services LLC ("Plaintiff") and Defendants NCLN20, Inc., Stephen Jones and

27

28
```

1  Sihaya Jones ("Defendants") HEREBY STIPULATE, through their respective attorneys of
2  record, as follows:
3      1.   WHEREAS, on or about October 11, 2007, Plaintiff filed the within
4  complaint;
5      2.   WHEREAS Plaintiff's process server personally served the complaint on
6  Defendants NCLN20, Inc. and Stephen Jones on or about October 23, 2007;
7      3.   WHEREAS, on or about November 2, 2007, counsel for Defendants
8  requested an extension of time to answer or otherwise respond to the Complaint; and on or
9  about November 8, 2007, counsel for Plaintiff agreed to allow Defendants the extended
10 time to respond to the Complaint;
11     4.   WHEREAS, the time modification requested herein will not alter the date of
12 any event or deadline already fixed by Court order.
13     THEREFORE, Plaintiff and Defendants stipulate that: December 12, 2007 shall be
14 the last day for Defendants to answer or otherwise respond to the within complaint.
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

| | |
|---|---|
| 1 | Dated: November 14, 2007. |
| 2 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | THOMAS N. MAKRIS |
| 3 | DARCY L. MUILENBURG |
|   | 400 Capitol Mall |
| 4 | Suite 1700 |
|   | Sacramento, CA  95814-4419 |

By  /s/ Darcy L. Muilenburg

Attorneys for Defendants
NCLN 20, INC., a California corporation;
STEPHEN JONES, an individual;
and SIHAYA JONES, an individual

Dated: November 14, 2007.

KATTEN MUCHIN ROSENMAN LLP
ALAN D. CROLL
JEREMY J.F. GRAY
2029 Century Park East, Suite 2600
Los Angeles, CA  90067-3012

By  /s/ Alan D. Croll

Attorneys for Plaintiff
ALLIEDBARTON SECURITY SERVICES
LLC, a Delaware Limited Liability Company

## ATTESTATION

I attest that signatory Alan D. Croll concurred in the filing of this document.

Dated: November 14, 2007.

PILLSBURY WINTHROP SHAW PITTMAN LLP
THOMAS N. MAKRIS
DARCY L. MUILENBURG
400 Capitol Mall
Suite 1700
Sacramento, CA  95814-4419

By  /s/ Darcy L. Muilenburg

Attorneys for Defendants