```
PILLSBURY WINTHROP SHAW PITTMAN LLP
BENJAMIN L. WEBSTER #132230
benjamin.webster@pillsbury.com
DARCY L. MUILENBURG #233787
400 Capitol Mall, Suite 1700
Sacramento, CA  95814-4419
Telephone:  (916) 329-4700
Facsimile:  (916) 441-3583

Attorneys for Defendant and Counterclaimant
NCLN 20, INC., a California corporation, and
Stephen Jones and Sihaya Jones
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIEDBARTON SECURITY SERVICES LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>NCLN 20, INC., a California corporation; STEPHEN JONES, an individual; SIHAYA JONES, an individual; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. C075204 PJH<br><br>**DEMAND FOR JURY TRIAL BY NCLN20, INC., STEPHEN JONES, AND SIHAYA JONES**<br><br>Complaint Filed: October 11, 2007 |

Defendant and Counterclaimant NCLN20, INC. ("NCLN20"), Defendant Stephen Jones, and Defendant Sihaya Jones demand a jury trial on all issues so triable with respect to the above-entitled action, including Plaintiff's complaint and Counterclaimant's counterclaim.

1     Dated: December 31, 2007.

2             PILLSBURY WINTHROP SHAW PITTMAN LLP
BENJAMIN L. WEBSTER
3             DARCY L. MUILENBURG
400 Capitol Mall, Suite 1700
4             Sacramento, CA 95814-4419

5

6             By /s/ Benjamin L. Webster

7             Attorneys for Defendant and Counterclaimant
NCLN 20, INC., a California corporation, Defendant
8             Stephen Jones, and Defendant Sihaya Jones

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28