KATTEN MUCHIN ROSENMAN LLP
Alan D. Croll (SBN 035893)
Jeremy J.F. Gray (SBN 150075)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Plaintiff ALLIEDBARTON
SECURITY SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIEDBARTON SECURITY SERVICES LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NCLN 20, INC., a California corporation; STEPHEN JONES, an individual; SIHAYA JONES, an individual; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO:  C075204 PJH<br><br>STIPULATION RE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |

## STIPULATION

1.　　Plaintiff AlliedBarton Security Services LLP, defendants Stephen Jones and Sihaya Jones and defendant and counterclaimant NCLN20 (the "Parties") have already begun efforts to explore an informal resolution of the above-captioned matter, and, desire to continue such efforts;

2.　　The Case Management Conference in this matter is currently scheduled for January 17, 2008 at 2:30 p.m. in Department 3 before the Hon. Phyllis J. Hamilton.

31411652v1                                                                                                                    COMPLAINT

3. The Parties believe that a continuance of the Case Management Conference for sixty (60) days will assist in their efforts to explore an informal resolution of this matter. Accordingly, the Parties respectfully request that this Court grant such an extension.

THEREFORE, it is hereby stipulated by and between the Parties to this matter, through their respective counsel of record as follows:

The Case Management Conference in this matter should be continued for a period of sixty (60) days.

Dated: 1/2/08

ALLIEDBARTON SECURITY SERVICES LLC.

By: _____
Jeremy J.F. Gray,

Attorneys for Plaintiff and Conterdefendant ALLIEDBARTON SECURITY SERVICES

Dated: 1/2/08

NCLN 20 INC.

By: _____/s/_____
Benjamin L. Webster,

Attorneys for Defendant and Counterclaimant NCLN 20, Inc. and Defendants Stephen Jones and Sihaya Jones

2

STIPULATION

31411652v1

Dated: 1/2/08

STEPHEN JONES

By: /S/

Benjamin L. Webster

Attorneys for Defendant and Counterclaimant NCLN 20, Inc. and Defendants Stephen Jones and Sihaya Jones

Dated: 1/2/08

SIHAYA JONES

By: /S/

Benjamin L. Webster

Attorneys for Defendant and Counterclaimant NCLN 20, Inc. and Defendants Stephen Jones and Sihaya Jones

STIPULATION

31411652v1

# [~~PROPOSED~~] ORDER

The Case Management Conference in the above-captioned matter currently scheduled for January 17, 2008 at 2:30 p.m. in Department 3 is hereby continued for sixty (60) days to  March 20, 2008 at 2:30 p.m.  .

Dated:  January 7, 2008



_____
Hon. Phyllis J. Hamilton, United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

4

STIPULATION

31411652v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

    On January 2, 2008, I served the foregoing document(s): **STIPULATION RE CASE MANAGEMENT CONFERENCE [PROPOSED] ORDER** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

Thomas N. Makris, Esq.
Darcy L. Muilenburg, Esq.
Pillsbury Winthrop Shaw Pittman LLP
400 Capitol Mall, Suite 1700
Sacramento, CA 95814-4419

(X)    By Mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

()    By Facsimile. I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated. Attached to this declaration is a "TX Confirmation Report" confirming the status of transmission.

()    By Overnight Courier. I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express), for delivery to the above address(es).

()    By Personal Service. I delivered such envelope by hand to the offices of the addressee(s) listed above.

    Executed on January 2, 2008, at Los Angeles, California.

() **STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Mamie Hardy*
NAME

31410677_1.DOC    PROOF OF SERVICE