1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BENJAMIN L. WEBSTER #132230
2  ben.webster@pillsbury.com
   DARCY L. MUILENBURG #233787
3  400 Capitol Mall, Suite 1700
   Sacramento, CA  95814-4419
4  Telephone:  (916) 329-4700
   Facsimile:  (916) 441-3583
5
   Attorneys for Defendant and Counterclaimant
6  NCLN20, INC., a California corporation, and
   Defendants STEPHEN JONES and SIHAYA JONES
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10  _____

11  ALLIEDBARTON SECURITY SERVICES )        Case No. C075204 PJH
    LLC, a Delaware Limited Liability Company,)
12                                          )   DECLARATION OF BENJAMIN L.
                    Plaintiff,              )   WEBSTER IN SUPPORT OF MOTION
13                                          )   TO WITHDRAW AS COUNSEL FOR
            vs.                             )   DEFENDANTS
14                                          )
    NCLN 20, INC., a California corporation; )   Date:     March 26, 2008
15  STEPHEN JONES, an individual; SIHAYA )      Time:     9:00 a.m.
    JONES, an individual; and DOES 1 through )   Dept:     3
16  20, inclusive,                          )   Judge:    Hon. Phyllis J. Hamilton
                                            )
17                  Defendants.             )   Complaint Filed: October 11, 2007
    _____     )
18  AND RELATED COUNTERCLAIM.               )
                                            )
19  _____

20        I, Benjamin L. Webster, declare as follows:

21        1.      I am an attorney duly licensed to practice law in the state of California, and

22  admitted to practice in the United States District Court for the Northern District of

23  California.  I am a partner in the law firm Pillsbury Winthrop Shaw Pittman LLP

24  ("Pillsbury") representing Defendants NCLN20, INC., STEPHEN JONES and SIHAYA

25  JONES ("Defendants") in this action.

26        2.      I make this declaration in support of Pillsbury's Motion to Withdraw as

27  Counsel for Defendants.  I have personal knowledge of the matters referred to herein and, if

28  called as a witness, I could and would competently testify thereto under oath.

1    3.    The complaint in the instant action was filed by AlliedBarton in October

2   2007, and involves allegations of breach of contract, breach of implied covenant, fraud,

3   declaratory relief, and unjust enrichment in connection with a $27,000,000.00 contract

4   between NCLN20 and the U.S. Department of Homeland Security to provide armed guard

5   services at various federally-owned and leased properties throughout the State of Arizona.

6   Pillsbury timely filed and served answers on behalf of the Defendants denying all material

7   allegations and asserting various defenses, as well as a counterclaim on behalf of NCLN20

8   (asserting claims for breach of contract, breach of implied covenant, interference with

9   economic advantage, slander, and declaratory relief) on or about December 12, 2007.

10  Plaintiff filed an answer to NCLN20's counterclaim on or about December 27, 2007.

11    4.    On or about January 2, 2008, Plaintiff and Defendants executed a stipulation

12  to continue the Initial Case Management Conference in this matter for approximately 60

13  days.  The stipulation explained that the parties "have already begun efforts to explore an

14  informal resolution," and sought additional time in order to "assist [the parties] in their

15  efforts to explore an informal resolution of this matter."  The Court signed the stipulation

16  and issued an Order on January 7, 2008 re-scheduling the Initial Case Management

17  Conference for March 20, 2008.  Counsel for the parties met and conferred in an effort to

18  resolve the case, but were unsuccessful.

19    5.    Prior to accepting the representation in this matter, Pillsbury had represented

20  NCLN20 in other matters involving labor/employment issues, including a case recently

21  resolved in the Northern District of California (Singh v. Hauser, et al., Case No. C-07-

22  2997).  The Defendants' retention of Pillsbury in the instant AlliedBarton matter was

23  confirmed in a written engagement letter and fee agreement executed twice by Ms. Jones on

24  or about December 20, 2007 – once as Vice President of NCLN20 on behalf of NCLN20,

25  and again on her own behalf as an individual defendant.

26    6.    Rule 3-700(C)(1)(d) and (f) of the California Rules of Professional Conduct

27  provides grounds on which counsel may seek permission to withdraw from a case in which

28  the client renders it unreasonably difficult for counsel to carry out the employment

1    effectively or breaches an agreement or obligation to counsel as to expenses or fees.  Both

2    of these circumstances are present in the current relationship between Defendants and

3    Pillsbury.

4         7.     I have advised Defendants Stephen Jones and Sihaya Jones, individually and

5    on behalf of NCLN20, Inc., that Pillsbury would be seeking to withdraw from all

6    representation of Stephen Jones, Sihaya Jones and NLCN20, Inc., and that Pillsbury will

7    cooperate with replacement counsel in order to effect an expeditious transition of the

8    representation.

9         I declare under penalty of perjury under the laws of the State of California that the

10   foregoing is true and correct.

11        Executed this *20* day of February, 2008, at Sacramento, California.

12

13   _____
                    Benjamin L. Webster

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF BENJAMIN L. WEBSTER IN
SUPPORT OF MOTION TO WITHDRAW
Case No. C075204