```
PILLSBURY WINTHROP SHAW PITTMAN LLP
BENJAMIN L. WEBSTER #132230
ben.webster@pillsbury.com
DARCY L. MUILENBURG #233787
400 Capitol Mall, Suite 1700
Sacramento, CA  95814-4419
Telephone:  (916) 329-4700
Facsimile:  (916) 441-3583

Attorneys for Defendant and Counterclaimant
NCLN20, INC., a California corporation, and
Defendants STEPHEN JONES and SIHAYA JONES
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIEDBARTON SECURITY SERVICES LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>NCLN 20, INC., a California corporation; STEPHEN JONES, an individual; SIHAYA JONES, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. C075204 PJH<br><br>[PROPOSED] ORDER GRANTING PILLSBURY WINTHROP SHAW PITTMAN LLP'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS<br><br>Date:   March 26, 2008<br>Time:  9:00 a.m.<br>Dept:   3<br>Judge: Hon. Phyllis J. Hamilton<br><br>Complaint Filed: October 11, 2007 |

    The motion by Pillsbury Winthrop Shaw Pittman LLP, counsel of record for Defendants NCLN20, INC., STEPHEN JONES and SIHAYA JONES ("Defendants"), to withdraw as counsel for Defendants pursuant to Local Rule 11-5 came on regularly for hearing in this Court on March 26, 2008.

    The Court, having reviewed and considered the papers filed, and having heard the argument of the parties, and for good cause showing,

///

///

///

1  IT IS HEREBY ORDERED that Pillsbury Winthrop Shaw Pittman LLP's motion to
2  withdraw as counsel for Defendants is GRANTED.
3  Dated: _____, 2008

_____
Phyllis J. Hamilton
United States District Judge