```
PILLSBURY WINTHROP SHAW PITTMAN LLP
BENJAMIN L. WEBSTER #132230
ben.webster@pillsbury.com
DARCY L. MUILENBURG #233787
400 Capitol Mall, Suite 1700
Sacramento, CA  95814-4419
Telephone:  (916) 329-4700
Facsimile:  (916) 441-3583

Attorneys for Defendant and Counterclaimant
NCLN20, INC., a California corporation, and
Defendants STEPHEN JONES and SIHAYA JONES
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIEDBARTON SECURITY SERVICES LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>NCLN 20, INC., a California corporation; STEPHEN JONES, an individual; SIHAYA JONES, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. C-07-05204 PJH<br><br>STIPULATION REGARDING SUBSTITUTION OF COUNSEL AND ORDER [PROPOSED]<br><br>Complaint Filed:  October 11, 2007 |

## STIPULATION

1. On February 20, 2008, Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"), counsel for Defendants, NCLN20, Inc., Stephen Jones and Sihaya Jones, filed a Motion to Withdraw as Counsel. The date for the hearing on Pillsbury's Motion is March 26, 2008.

2. Defendants have since advised Pillsbury that they have retained substitute counsel, the Law Offices of Greg Groeneveld and the Law Offices of Alden Knisbacher, to replace Pillsbury and represent them in the above-captioned matter.

3. The undersigned Pillsbury counsel advised counsel for Plaintiff, Alan Croll,

- 2 -

1  about this stipulated substitution, and Mr. Croll indicated that Plaintiff would not file an
2  opposition to this Stipulation.
3      4.    If and when the Court approves this stipulated substitution, Pillsbury will
4  take its Motion to Withdraw off calendar.
5      THEREFORE, subject to approval by this Court, it is hereby stipulated by and
6  between Pillsbury, the Law Offices of Greg Groeneveld, and the Law Offices of Alden
7  Knisbacher as follows:
8      Pillsbury shall withdraw as counsel of record for Defendants NCLN20, Inc., Steven
9  Jones and Sihaya Jones, and The Law Offices of Greg Groeneveld and the Law Offices of
10  Alden Knisbacher shall immediately replace Pillsbury as counsel of record for Defendants
11  NCLN20, Inc., Steven Jones and Sihaya Jones in the above-captioned matter.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | Dated: ~~February~~ 3/5, 2008

PILLSBURY WINTHROP SHAW PITTMAN LLP
BENJAMIN L. WEBSTER #132230
400 Capitol Mall, Suite 1700
Sacramento, CA 95814-4419

By _____
Benjamin L. Webster
Attorneys for Defendant and Counterclaimant
NCLN 20, INC., a California corporation, and
Defendants STEPHEN JONES and SIHAYA JONES

Dated: February 29, 2008

THE LAW OFFICES OF GREG GROENEVELD
GREG GROENEVELD # 163833
220 Montgomery Street, Suite 961
San Francisco, CA 94104

By _____
Greg Groeneveld

Dated: February 29, 2008

THE LAW OFFICES OF ALDEN KNISBACHER
ALDEN KNISBACHER # 169705
220 Montgomery Street, Suite 961
San Francisco, CA 94104

By _____
Alden Knisbacher

Dated: February 29, 2008

NCLN 20, INC
1802 North Alfaya Trail
Suite 106
Orlando, FL 32826

By _____
Stephen Jones, President and CEO, NCLN 20 Inc.

1  Dated: February 29, 2008

2              Stephen Jones

3              By _____SJ_____
4                    Stephen Jones, an Individual

5  Dated: February __, 2008

6              Sihaya Jones

7

8              By _____
                     Sihaya Jones, an Individual
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

701000642v1                           - 4 -          STIPULATION REGARDING SUBSTITUTION OF
                                                     COUNSEL; [PROPOSED] ORDER
                                                     Case No. C075204

1     Dated: February __, 2008

2                         Stephen Jones

3

4                         By _____
                               Stephen Jones, an Individual

5     Dated: February 29, 2008

6

7                         Sihaya Jones

8                         By _____
                               Sihaya Jones, an Individual

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

701000642v1            - 4 -          STIPULATION REGARDING SUBSTITUTION OF
                                                                COUNSEL; [PROPOSED] ORDER
                                                                       Case No. C075204

- 5 -

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The Stipulation between Pillsbury Winthrop Shaw Pittman LLP and the Law |
| 3 | Offices of Greg Groeneveld and the Law Offices of Alden Knisbacher in the above-entitled |
| 4 | matter – whereby Pillsbury Winthrop Shaw Pittman LLP withdraws as counsel of record |
| 5 | for Defendants NCLN20, Inc., Steven Jones and Sihaya Jones and the Law Offices of Greg |
| 6 | Groeneveld and the Law Offices of Alden Knisbacher substitute into this matter as counsel |
| 7 | of record for Defendants NCLN20, Inc., Steven Jones and Sihaya Jones – is hereby |
| 8 | APPROVED. |
| 10 | Dated:_____ |
| 12 | Hon. Phyllis J. Hamilton<br>United States District Judge |

701000642v1

STIPULATION REGARDING SUBSTITUTION OF
COUNSEL; [PROPOSED] ORDER
Case No. C075204