PILLSBURY WINTHROP SHAW PITTMAN LLP
BENJAMIN L. WEBSTER #132230
ben.webster@pillsbury.com
DARCY L. MUILENBURG #233787
400 Capitol Mall, Suite 1700
Sacramento, CA 95814-4419
Telephone: (916) 329-4700
Facsimile: (916) 441-3583

Attorneys for Defendant and Counterclaimant
NCLN20, INC., a California corporation, and
Defendants STEPHEN JONES and SIHAYA JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIEDBARTON SECURITY SERVICES LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>NCLN 20, INC., a California corporation; STEPHEN JONES, an individual; SIHAYA JONES, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. C-07-05204 PJH<br><br>PROOF OF SERVICE BY MAIL<br><br><br>Complaint Filed: October 11, 2007 |

I, Shannon Dudley, the undersigned, hereby declare as follows:

1.  I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of Sacramento, California.

2.  My business address is 400 Capitol Mall, Suite 1700, Sacramento, CA 95814-4419.

3.  I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is

deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

    4.    On March 6, 2008, at 400 Capitol Mall, Suite 1700, Sacramento, California, I served a true copy of the attached document(s) titled exactly STIPULATION REGARDING SUBSTITUTION OF COUNSEL AND ORDER [PROPOSED] by placing it/them in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

| Mr. Greg Groeneveld Esq.<br>The Law Offices of Greg Groeneveld<br>220 Montgomery Street<br>Suite 961<br>San Francisco CA 94104 | Mr. Alden Knisbacher<br>The Law Offices of Alden Knisbacher<br>220 Montgomery Street<br>Suite 961<br>San Francisco CA 94104 |
|---|---|

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of March, 2008, at Sacramento, California.

_____
Shannon Dudley