

**Pillsbury**
**Winthrop**
**Shaw**
**Pittman**LLP

400 Capitol Mall
Suite 1700
Sacramento, CA  95814-4419

Tel 916.329.4700
Fax 916.441.3583
www.pillsburylaw.com

Benjamin L. Webster
Phone: 916.329.4723
ben.webster@pillsburylaw.com

March 10, 2008

<u>Via E-File</u>

Hon. Phyllis J. Hamilton
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

      Re:    AlliedBarton Security Services v. NCLN 20, Inc.
                Case No. 3:07-CV-05204 PJH
                Motion to Withdraw as Counsel for Defendants
                Hearing Date:  March 26, 2008

Dear Judge Hamilton:

Please be advised that Pillsbury Winthrop Shaw Pittman LLP is hereby withdrawing the above-entitled motion filed February 20, 2008 as all parties have since stipulated to a substitution of counsel, which stipulation has been approved by this Court. Thank you for your attention to this matter.

Very truly yours,

Benjamin L. Webster

cc: Greg Groeneveld, , Esq.
    Alden Knisbacher, Esq.

701018651v1