UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** March 20, 2008          **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-5204 PJH

**Case Name:** AlliedBarton Security v. NCLN 20, Inc., et al.

**Attorney(s) for Plaintiff:**     Jeremy F. Gray
**Attorney(s) for Defendant:**    Greg Groeneveld

**Deputy Clerk:** Nichole Heuerman      **Court Reporter:** Not Reported

**PROCEEDINGS**

    Initial Case Management Conference-Held. The court informs the parties that they need to discuss the possibility of consenting to a magistrate judge with their clients. The court sets a pretrial schedule.

**REFERRALS:**

**[x] Case referred to ADR for ENE to be completed within 90 days**.

**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff: 1/21/09**
**Expert disclosure: 12/1/08**
**Expert discovery cutoff: 1/21/09**
**Motions heard by: 3/18/09**
**Pretrial Conference: 6/11/09**
**Trial: 7/13/09 at 8:30 a.m., for 8 days, by [x] Jury  [] Court**

**Order to be prepared by:** [] Pl [] Def [x] Court

**Notes:**

**cc:** file; ADR