KATTEN MUCHIN ROSENMAN LLP
Alan D. Croll (SBN 035893)
Jeremy J.F. Gray (SBN 150075)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471
Attorneys for Plaintiff, ALLIEDBARTON
SECURITY SERVICES, LLC

ALDEN KNISBACHER SBN 169705
KNISBACHER LAW OFFICES
220 Montgomery Street, Suite 961
San Francisco, CA 94104
Phone 415-522-5200  Fax: 415-522-5201

GREG GROENEVELD, SBN 163833
LAW OFFICES OF GREG GROENEVELD
220 Montgomery Street, Suite 961
San Francisco, CA 94104
Phone: 415-308-3637

Attorney for Defendant/Cross-Defendant
NCLN20, INC., STEVEN JONES, SIHAYA JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIEDBARTON, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>NCLN20, INC., STEVEN JONES, SIHAYA JONES, et al.,<br><br>Defendants. | Case No. C 07 5204 PJH<br><br>**JOINT STIPULATION AND REQUEST FOR MODIFICATION OF ADR REQUIREMENT**<br><br>Current ADR Format – ENE<br>Current ADR Deadline – June 18, 2008<br>Requested ADR Format – Mediation<br>Requested ADR Deadline – August 18, 2008<br><br>**The Honorable Phyllis J. Hamilton** |

Since the March 20, 2008 CMC, the parties to this matter have engaged in almost non-stop negotiation towards settlement of this matter.

This lawsuit involves plaintiff's allegation that the parties agreed to a share a government contract as prime and subcontractor. Ultimately, NCLN 20 obtained the contract as prime contractor but chose not to work with AlliedBarton for reasons which are in dispute. The settlement the parties have tried to negotiate involved creating a new business relationship between plaintiff, AlliedBarton, Inc. and defendant, NCLN 20. To accomplish their goal the parties met in Phoenix Arizona to attempt to negotiate a deal. The parties also held two conference call meetings with the federal contract administrator. Unfortunately, despite negotiations involving complex arrangements with banks and factoring companies, the parties were not able to work out mutually acceptable financial representations so that the business relationship could be created.

Both sides now understand that it will not be possible to settle this matter by creating a business relationship between them, but settlement negotiations are continuing.

Both parties and their counsel believe that mediation is now the form of ADR (if any) which may result in settlement. Therefore, the parties now respectfully request that this Court order that the ADR for this matter be changed so that the parties may mediate this matter before the neutral presently appointed to conduct an Early Neutral Evaluation. Mr. Keith has agreed to serve as mediator. The parties have scheduled mediation for July 23, 2008. The parties also request 61 days more to conduct mediation so that mediation must be completed by the end of Monday August 18, 2008.

Dated: June 17, 2008

~~KNISBACHER~~ Groeneveld LAW OFFICES

By: _____
~~ALDEN KNISBACHER~~ Greg Groeneveld
Attorneys for Defendant
NCLN20, INC.

Dated: June 17, 2008

KATTEN MUCHIN ROSENMAN LLP

By: _____ as directed by
JEREMY D.F. GREY             and with permission of
Attorneys for Plaintiff
ALLIEDBARTON, LLC

Dated: June 17, 2008

PHILIP S. KEITH

By: _____
PHILIP SOCHAT KEITH
Appointed Neutral

ALLIEDBARTON v. NCLN20 Case No. C 07 5204 PJH

JOINT STIPULATION AND REQUEST TO CHANGE ADR AND EXTEND TIME

Page 3