KATTEN MUCHIN ROSENMAN LLP
Alan D. Croll (SBN 035893)
Jeremy J.F. Gray (SBN 150075)
2029 Century Park East; Suite 2600
Los Angeles  CA 90067-3012
Telephone: 310.788.4400
Facsimile: 3l0.788.4471
Attorneys for Plaintiff, ALLIEDBARTON
SECURITY SERVICES, LLC

ALDEN KNISBACHER SBN 169705
KNISBACHER LAW OFFICES
220 Montgomery Street, Suite 961
San Francisco, CA 94104
Phone 415-522-5200  Fax: 415-522-5201

GREG GROENEVELD, SBN 163833
LAW OFFICES OF GREG GROENEVELD
220 Montgomery Street, Suite 961
San Francisco, CA 94104
Phone:  415-308-3637

Attorney for Defendant/Cross-Defendant
NCLN20, INC., STEVEN JONES, SIHAYA JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIEDBARTON, INC. | Case No. C 07 5204 PJH |
| Plaintiff, | **[PROPOSED] ORDER RE JOINT STIPULATION AND REQUEST FOR MODIFICATION OF ADR REQUIREMENT** |
| vs. | |
| NCLN20, INC., STEVEN JONES, SIHAYA JONES, et al., | **The Honorable Phyllis J. Hamilton** |
| Defendants. | |

The Court considered joint stipulation and request for modification of ADR

requirement submitted by the parties.

The Court Orders that:

*ALLIEDBARTON v. NCLN20*  Case No. C 07 5204 PJH

ORDER RE JOINT STIPULATION AND REQUEST TO CHANGE ADR AND EXTEND TIME

Page 1

1. The Courts Order regarding ADR for this matter shall be changed so that the parties may mediate this matter before the neutral presently appointed to conduct an Early Neutral Evaluation, Philip S. Keith.

2. The time for completing ADR for this matter shall be extended so that mediation must be completed by the end of Monday August 18, 2008.

6/23/08

_____

**Phyllis J. Hamilton, United States District Court Judge**



*ALLIEDBARTON v. NCLN20*  Case No. C 07 5204 PJH

ORDER RE JOINT STIPULATION AND REQUEST TO CHANGE ADR AND EXTEND TIME

Page 2