UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALLIEDBARTON SECURITY SERVICES, et al.,

        Plaintiff(s),

        v.

NCLN 20, INC., et al.,

        Defendant(s).
_____/

No. C 07-5204 PJH

**ORDER**

Plaintiffs' counsel has advised the court that the case has settled, but that there remain unidentified problems with completion of the settlement. As requested, the court VACATES the referral for mediation. However, no other pretrial dates have been or will be continued. Dispositive motions shall be heard no later than March 18, 2009, and trial remains scheduled for July 13, 2009. If no dispositive motions are filed by February 11, 2009, a mandatory settlement conference with a magistrate judge will be ordered.

**IT IS SO ORDERED.**

Dated: September 30, 2008

                                                         _____
                                                         PHYLLIS J. HAMILTON
                                                         United States District Judge

cc: ADR