1  KATTEN MUCHIN ROSENMAN LLP
   Alan D. Croll (SBN 035893)
2  2029 Century Park East, Suite 2600
   Los Angeles, CA 90067-3012
3  Telephone: 310.788.4400
   Facsimile: 310.788.4471
4
   Attorneys for Plaintiff ALLIEDBARTON
5  SECURITY SERVICES LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIEDBARTON SECURITY SERVICES LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>NCLN 20, INC., a California corporation; STEPHEN JONES, an individual; SIHAYA JONES, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO: C075204 PJH<br><br>STIPULATION AND [~~PROPOSED~~] COURT ORDER |

## STIPULATION

Plaintiff, AlliedBarton Security Services LLC; defendants, Stephen Jones and Sihaya Jones; and defendant and counterclaimant, NCLN20, Inc. (the "Parties") to this litigation through their respective counsel of record; hereby stipulate as follows:

1.  The settlement between the parties, and the Settlement and Release Agreement dated July 18, 2008, provide for the transfer of All of the Equipment, including all of the weapons and uniforms, as identified and defined in the attached Bill of Sale, from NCLN20, Inc. to AlliedBarton Security Services LLC; and,

2. Based thereon, and in order to proceed with and complete the settlement between the Parties, all of the Parties to the litigation hereby agree to, and request, a Court Order confirming the transfer and sale of All of the Equipment, including all of the weapons and uniforms.

Dated: November 17, 2008

ALLIEDBARTON SECURITY SERVICES LLC

By: _____
Alan D. Croll,
Attorneys for Plaintiff
ALLIEDBARTON SECURITY SERVICES, LLC

Dated: November 17, 2008

NCLN20, INC.

By: _____
Alden Knisbacher
Attorneys for Defendant and Counterclaimant NCLN20, Inc. and Defendants Stephen Jones and Sihaya Jones

### [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING THEREFOR, it is so Ordered. The transfer and sale of All of the Equipment, including all of the weapons and uniforms is hereby approved, confirmed, and ordered.

IT IS SO ORDERED.

Dated: __11/24/08__

_____
Hon. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

2

STIPULATION

31462069

## BILL OF SALE

As of October 1, 2008, **FOR GOOD AND VALUABLE CONSIDERATION** from AlliedBarton Security Services LLC ("Buyer"), receipt of which is hereby acknowledged by the undersigned, NCLN20, Inc., a California corporation ("Seller"), Seller hereby grants, bargains, transfers, sells and delivers to Buyer, and its successors and assigns, all of Seller's right, title, and interest in and to All of the Equipment.

"All of the Equipment" shall mean and include the duty gear, clothing and weapons issued by Seller to the employees and guards who provided guard/security services at federal facilities in the State of Arizona. "All of the Equipment" shall include, without limitation, all weapons; all related equipment, including night sights; holsters; belts; hand cuffs and keys; handcuff cases; duty batons; baton holders; speed loaders; speed loaders cases; firearm retention holders; and all uniforms, including trousers; caps; tie keepers; gloves; jackets; shirts (both long and short sleeves); flashlights and holders.

All of the Equipment, including all weapons, uniforms, and related items, do hereby and shall belong to Buyer, and it successors and assigns, to have and to hold, and to own, forever.

Buyer purchases and accepts said weapons, uniforms, and All of the Equipment in their as is condition. The foregoing notwithstanding, Seller warrants and represents that it herby has sold, transferred, and quit claimed, any and all interest it had or has to the weapons, uniforms, and All of the Equipment

Based on this Bill of Sale, the weapons, uniforms, and All of the Equipment are now owned by, and the property of Buyer, and Buyer has the immediate right to take possession thereof.

IN WITNESS WHEREOF, Seller hereby executes and delivers this BILL OF SALE as of the above date.

NCLN20, Inc., a California corporation

By: _____
Name: Stephen Judes
Title: President, NCLN20
11/14/2008

31462063