UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALLIEDBARTON SECURITY,

        Plaintiff(s),

        v.

NCLN 20, INC.,

        Defendant(s).

        No. C 07-5204 PJH

**ORDER OF DISMISSAL**

The court having been advised by counsel for the parties, that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case is dismissed **without** prejudice; however, if any party hereto shall certify to this Court, with proof of service of a copy thereof to the opposing party, within ninety (90) days from the date of this order, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this case shall forthwith be restored to the Court's calendar to be set for trial.

If no certification is filed, after passage of ninety (90) days, the dismissal shall be **with** prejudice.

IT IS SO ORDERED.

Dated: May 4, 2009

                                                PHYLLIS J. HAMILTON
                                                United States District Judge