KATTEN MUCHIN ROSENMAN LLP
Alan D. Croll (SBN 035893)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471
Email: alan.croll@kattenlaw.com

Attorneys for Plaintiff ALLIEDBARTON SECURITY SERVICES LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIEDBARTON SECURITY SERVICES LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>NCLN20, INC., a California corporation; STEPHEN JONES, an individual; SIHAYA JONES, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO: 3:07-CV-05204-PJH<br><br>[Assigned to the Honorable Phyllis J. Hamilton]<br><br>[~~PROPOSED~~] ORDER |

The Court, having received the Certification of counsel as called for in this Court's Order of May 4, 2009, now rules that the Order of May 4, 2009 shall stand vacated, and this case shall forthwith be restored to the Court's calendar to be set for trial.

IT IS SO ORDERED.

Dated: 7/28/09

PHYLLIS J. HAMILTON
JUDGE OF THE UNITED STATES
DISTRICT COURT

[PROPOSED] ORDER

31489074v1