KATTEN MUCHIN ROSENMAN LLP
Alan D. Croll (SBN 035893)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Plaintiff ALLIEDBARTON
SECURITY SERVICES LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIEDBARTON SECURITY SERVICES LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> NCLN 20, INC., a California corporation; STEPHEN JONES, an individual; SIHAYA JONES, an individual; and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO: C075204 PJH <br><br> Assigned to Magistrate Judge **PHYLLIS J. HAMILTON** <br><br><br> **STIPULATION FOR ENTRY OF JUDGMENT; ORDER THEREON** |

Plaintiff, AlliedBarton Security Services LLP ("AlliedBarton"), a Delaware limited liability company, on the one hand, and defendants NCLN 20, Inc. ("NCLN20"), a corporation organized and existing under the laws of the State of California, and Stephen Jones, an individual, on the other hand, through their authorized counsel, stipulate to the entry of Judgment based on the following facts:

1.  NCLN20 and AlliedBarton are parties to that certain Teaming Agreement dated January 11, 2007, pursuant to which the NCLN20 and AlliedBarton agreed to prepare a bid to provide guard/security services at Federal Facilities in the State of Arizona (the "Project"). The Project was awarded to NCLN20 on or about September 10, 2007. The Parties hereby agree that the Teaming Agreement, and any and all rights, claims and/or duties based thereon have been and/or are hereby terminated, waived, and extinguished.

2.  On or about October 11, 2007, AlliedBarton filed a lawsuit against NCLN20 and the Jones Parties, in the United States District Court for the Northern District of California, as Case No. C075204PJH (the "Action").

3.  On or about December 12, 2007, NCLN20 and the Jones Parties answered the Complaint and NCLN20 counterclaimed against AlliedBarton (the "Cross-Action").

4.  To avoid the time and expense of litigation, and without admitting fault or liability of any kind, the parties hereto have agreed to enter into a Settlement Agreement dated July 18, 2008 and a Further Settlement and Release Agreement concurrently with this Stipulation to settle and resolve the disputes arising out of and relating to the Action and the Cross-Action.

WHEREFORE, on the basis of the foregoing, AlliedBarton, on one hand, and NCLN20 and Stephen Jones, on the other hand, stipulate and agree as follows:

1.  **Payment by NCLN20 and Stephen Jones.**   In accordance with the Further Settlement and Release Agreement between AlliedBarton, on the one hand, and NCLN20 and Stephen Jones, on the other hand, Judgment shall be made, granted

to, and entered in favor of AlliedBarton, jointly and severally against Stephen Jones and NCLN20 in the amount of $38,000.00, with an interest rate of Five percent (5%);

2. <u>Satisfaction of Payment.</u>   If the sum of $26,000.00 is paid to and received by AlliedBarton within six months (6) of the date of this Stipulation, then such payment shall constitute payment in full, and full satisfaction of the entire Judgment. If the sum of $26,000.00 is not made and received within the said six months, then the entire balance of $38,000.00, plus interest, less any applicable payments, shall be due and owing by both NCLN20 and Stephen Jones, jointly and severally, to AlliedBarton;

3. <u>Dismissal by NCLN20 and Stephen Jones.</u>   Upon execution of this Stipulation for Entry of Judgment and the Stipulated Judgment, NCLN20 and Stephen Jones shall dismiss, without prejudice, all claims asserted against AlliedBarton;

4. <u>Release of Claims.</u>   Except as to the obligations owing under the terms of the Settlement Agreement of July 18, 2008; the Further Settlement and Release Agreement; this Stipulation for Entry of Judgment and/or the Stipulated Judgment, AlliedBarton, NCLN20, and Stephen Jones, and each of their respective past, present and future predecessors, successors, partners, parents, subsidiaries, divisions, employees, affiliates, assigns, officers, directors, shareholders, attorneys and agents, and all persons or entities that now own or hold or may in the future own or hold any rights or claims by or against them, and each of them, hereby release and forever discharge each other, and all of their respective past, present and future predecessors, successors, partners, parents, subsidiaries, divisions, employees, affiliates, assigns, officers, directors, shareholders, attorneys and agents, from any and all claims, debts, liabilities, demands, obligations, costs, expenses, actions and causes of action of every nature, character, and description, whether known or unknown, asserted or unasserted, fixed or contingent, which they each now hold or may ever have by reason of any matter, cause or thing whatsoever occurred, done, omitted or suffered

to be done from the beginning of time to the date of this Stipulation for Entry of Judgment, including the claims and causes of actions asserted in this action;

5.  <u>Continuing Jurisdiction</u>.   This Court shall retain jurisdiction of this matter, both to enforce the terms of the Settlement Agreement of July 18, 2008; the Further Settlement and Release Agreement; this Stipulation for Entry of Judgment and/or the Stipulated Judgment and to adjudicate this matter in the event that AlliedBarton seeks relief, whether to reopen and pursue this lawsuit based on any violation of the terms of this Stipulation for Entry of Judgment by NCLN20 or Stephen Jones, or otherwise.  AlliedBarton expressly reserves its right to seek an order amending, supplementing and/or modifying this Stipulation for Entry of Judgment and the Stipulated Judgment and/or pursue an aware of damages and attorneys' fees, including damages and attorneys' fees incurred by AlliedBarton in connection with the investigation and prosecution of this action, against any party that violates the terms of the Settlement Agreement of July 18, 2008; the Further Settlement and Release Agreement; this Stipulation for Entry of Judgment; and/or the Stipulated Judgment.

6.  <u>Miscellaneous Provisions</u>.
   a. This Stipulated Judgment shall have the same force and effect as a final arbitration award confirmed by the United States District Court – Northern District of California, and as a final determination on the merits by a trier of fact against NCLN20 and Stephen Jones, jointly and severally, in favor of AlliedBarton, and each of them;
   b. AlliedBarton, on the one hand, and NCLC20 and Stephen Jones, on the other hand, agree that this Judgment is, may be and shall be properly filed with and entered by this Court; and
   c. Each and all of the parties hereto agree to execute, and hereby authorize their attorneys to execute, any and all documents which are necessary in order for the aforesaid Judgment to be properly signed, filed and entered,

4

STIPULATION FOR THE ENTRY OF JUDGMENT

31473198v2

and in with the appropriate form and content so that it may be recorded and/or recordable as appropriate.

Dated: May 21, 2009

KATTEN MUCHIN ROSENMAN LLP
Alan D. Croll

By: *Alan D. Croll*
Alan D. Croll
Attorneys for Plaintiff ALLIEDBARTON SECURITY SERVICES LLC

Dated: May 18, 2009

NCLN20, Inc

By: *Stephen Jones*

Its: President/NCLN20

Dated: May 18, 2009

By: *[signature]*
Stephen Jones

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing therefore, the above entitled Court Orders that Judgment be entered for AlliedBarton Security Services, LLC ("AlliedBarton"), and against NCLN20, Inc. and Stephen Jones, jointly and severally, in the amount agreed upon by the parties as stated in the Stipulation for Entry of Judgment.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that AlliedBarton shall recover from NCLN20, Inc., and Stephen Jones, jointly and severally, the following:

The sum of $38,000.00, together with interest thereon at Five percent (5%) per annum commencing December 1, 2009.

Dated: May ____, 2009

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT-NORTHERN
DISTRICT OF CALIFORNIA

**PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

On July 20, 2009, I served the following document: **STIPULATION FOR ENTRY OF JUDGMENT; ORDER THEREON** on the interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

> Alden Knisbacher, Esq.
> Knisbacher Law Offices
> 220 Montgomery Street, Suite 961
> San Francisco, CA  94104

**(X) (BY MAIL)** I am "readily familiar" with the normal business routine for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Los Angeles, California

Executed on July 20, 2009 at Los Angeles, California.

(X) (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( ) (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Deneen Stephens*
DENEEN STEPHENS

1  KATTEN MUCHIN ROSENMAN LLP
   Alan D. Croll (SBN 035893)
2  2029 Century Park East, Suite 2600
   Los Angeles, CA 90067-3012
3  Telephone: 310.788.4400
   Facsimile: 310.788.4471
4
   Attorneys for Plaintiff ALLIEDBARTON
5  SECURITY SERVICES LLC

6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 ALLIEDBARTON SECURITY           ) CASE NO: C075204 PJH
   SERVICES LLC, a Delaware Limited )
12 Liability Company,              ) Assigned to Magistrate Judge
                                   ) **PHYLLIS J. HAMILTON**
13         Plaintiff,              )
                                   )
14    vs.                          )
                                   )
15 NCLN 20, INC., a California     ) **STIPULATED JUDGMENT**
   corporation; STEPHEN JONES, an  )
16 individual; SIHAYA JONES, an    )
   individual; and DOES 1 through 20, )
17 inclusive,                      )
                                   )
18         Defendants.             )
                                   )

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing therefore, this Court Orders that Judgment be entered for AlliedBarton Security Services, LLC ("AlliedBarton"), against NCLN20, Inc. and Stephen Jones, jointly and severally, in the amount agreed upon by the parties as stated in the Stipulation For Entry of Judgment.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that AlliedBarton shall recover from NCLN20, Inc., and Stephen Jones, jointly and severally, the following:

The sum of $38,000.00, plus future interest thereon at Five percent (5%) commencing on and after December 1, 2009.

Dated: 7/28/09 _____



IT IS SO ORDERED
Judge Phyllis J. Hamilton

2

**STIPULATED JUDGMENT**

31474070v1

**PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

On July 20, 2009, I served the following document: **STIPULATED JUDGMENT** on the interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

Alden Knisbacher, Esq.
Knisbacher Law Offices
220 Montgomery Street, Suite 961
San Francisco, CA 94104

**(X) (BY MAIL)** I am "readily familiar" with the normal business routine for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Los Angeles, California

Executed on July 20, 2009 at Los Angeles, California.

(X) (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( ) (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Deneen Stephens*
DENEEN STEPHENS

PROOF OF SERVICE

31465544_1