1  KATTEN MUCHIN ROSENMAN LLP
   Alan D. Croll (SBN 035893)
2  2029 Century Park East, Suite 2600
   Los Angeles, CA 90067-3012
3  Telephone: 310.788.4400
   Facsimile: 310.788.4471
4  Email: alan.croll@kattenlaw.com

5  Attorneys for Plaintiff ALLIEDBARTON
   SECURITY SERVICES LLC
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 ALLIEDBARTON SECURITY            )  CASE NO: 3:07-CV-05204-PJH
   SERVICES LLC, a Delaware Limited )
12 Liability Company,               )  [Assigned to the Honorable Phyllis J.
                                    )  Hamilton]
13              Plaintiff,          )
                                    )
14         vs.                      )  STIPULATION TO CONTINUE
                                    )  CASE MANAGEMENT
15 NCLN20, INC., a California corporation; )  CONFERENCE AND
   STEPHEN JONES, an individual;    )  [PROPOSED] ORDER
16 SIHAYA JONES, an individual; and )
   DOES 1 through 20, inclusive,    )
17                                  )
                Defendants.         )
18                                  )
19

20

21    Plaintiff and Defendants, by and through their counsel, request the Court

22 continue the Case Management Conference for four weeks, from the currently

23 scheduled time of Thursday, August 20, 2009 at 2:30 p.m. to Thursday, September 17,

24 2009 at 2:30 p.m.

25    The parties have made substantial progress toward completing the settlement,

26 and both parties believe and respectfully represent to the Court that the continuance

27 will very likely enable the parties to complete the settlement and wind up the case

28

---

31491372v1                STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED ORDER]

1  entirely well before the continued date. The Case Management Conference has not
2  been previously continued. The request to continue is not made for purposes of delay.
3     Should the September 17, 2009 date not be available, based on the Court's
4  availability, perhaps a subsequent Thursday at 2:30 p.m. (October 15, 2009 or October
5  22, 2009) might be available.

6  Dated: August 13, 2009          KATTEN MUCHIN ROSENMAN LLP
                                   Alan D. Croll

                                   By: /s/ Alan D. Croll
                                       Alan D. Croll
                                   Attorneys for Plaintiff ALLIEDBARTON
                                   SECURITY SERVICES LLC

12 Dated: August 13, 2009          KNISBACHER LAW OFFICES
                                   Alden J. Knisbacher

                                   By: /s/ Alden J. Knisbacher
                                       Alden J. Knisbacher
                                   Attorney for Defendants, NCLN20, Inc.

                                        ORDER

19    The Case Management Conference is continued to  September 17, 2009 , at
20 2:30 p.m.

21    IT IS SO ORDERED.

22 Dated: 8/18/09

IT IS SO ORDERED
/s/ Phyllis J. Hamilton
Judge Phyllis J. Hamilton

2
31491372v1         STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED ORDER]