Alan D. Croll (SBN 035893)
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, California  90067-3012
Telephone:  (310) 788-4400
Facsimile:  (310) 788-4471

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIEDBARTON SECURITY SERVICES LLC, a Delaware Limited Liability Company<br><br>Plaintiff(s)<br>v.<br><br>NCLN 20, INC., a California corporation; STEPHEN JONES, an individual; SIHAYA JONES, an individual; and DOES 1 through 20, inclusive,<br><br>Defendant(s) | CASE NUMBER:  C075204 PJH<br><br>NOTICE OF DISMISSAL BY PLAINTIFF<br>Rule 41(a)(1) F.R.Civ.P. |

**PLEASE TAKE NOTICE:**

☐ The above-entitled action is
   *or*
☒ Defendant(s)   SIHAYA JONES, an individual

are hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

KATTEN MUCHIN ROSENMAN LLP

Dated: 09/11/09                              _____
                                             Plaintiff / Attorney for Plaintiff
                                             Alan D. Croll, Attorney for AlliedBarton Secuirty Services LLC

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

9/16/09



IT IS SO ORDERED
Judge Phyllis J. Hamilton

NOTICE OF DISMISSAL BY PLAINTIFF
(Rule 41(a)(1), F.R.Civ.P.)

CV-09 (01/01)

CCD-9

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

On September 11, 2009, I served the following document: **NOTICE OF DISMISSAL BY PLAINTIFF** on the interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

> Alden Knisbacher, Esq.
> Knisbacher Law Offices
> 220 Montgomery Street, Suite 961
> San Francisco, CA 94101

**(X) (BY MAIL)** I am "readily familiar" with the normal business routine for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Los Angeles, California

Executed on September 11, 2009 at Los Angeles, California.

(X) (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( ) (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
DENEEN STEPHENS

PROOF OF SERVICE

31465544_1